United States District Court
Southern District of Texas
**ENTERED**
February 11, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| In the matter of OK SPORTFISHING, LLC, *et al*, as owners of the Motor Yacht TODO BIEN, praying for exoneration from or limitation of liability | § § § § § § § CIVIL ACTION NO. 2:25-CV-00010 (consolidated with 2:25-cv-125) |

## ORDER ON MEMORANDUM AND RECOMMENDATION

Before the Court is Petitioners OK Sportfishing, LLC and Dr. Paul A. Kennedy, III's opposed motion for entry of defaults (D.E. 19) and unopposed motion to defer ruling on that motion (D.E. 27). On January 20, 2026, United States Magistrate Judge Jason B. Libby issued his Memorandum and Recommendation (M&R), recommending that the Court grant the motion for entry of defaults and deny as moot the motion to defer ruling. D.E. 38.

Both parties were provided proper notice of, and opportunity to object to, the Magistrate Judge's M&R. Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1); General Order No. 2002-13. Eagle San Antonio Interests (ESA) timely filed their objections on February 3, 2026. D.E. 39. They object, arguing that legitimate concerns regarding apportionment of fault in this case weigh in favor of deferring a ruling on the motion for entry of defaults. *Id.* at 3. Most notably, ESA represents to the Court that they have made substantial progress toward settlement, which they fear may be thwarted by the grant of default judgment. *Id.*

Given these concerns, and the fact that Petitioners themselves moved to defer a ruling on their default motion, the Court **SUSTAINS** ESA's objection regarding the denial of the motion to defer. D.E. 39, p. 3. The Court thus **REJECTS IN PART** the M&R (D.E. 38) to the extent that it recommends denying the motion to defer. The Court **GRANTS** the motion to defer (D.E. 27), deferring its ruling on the motion for entry of defaults (D.E. 19) until **March 15, 2026**. At that time, the Court will consider the default motion and the remaining portions of the M&R. **The parties are advised to apprise the Court immediately of any settlement.**

**ORDERED** on February 11, 2026.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE